UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:
Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,
v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

Debra Schumacher, employed by DeWitt LLC, attorney(s) licensed to practice law in this court, with office address of 901 Marquette Avenue, Suite 2100, Minneapolis, MN 55402-2859, declares that on the date set forth below, I served the following documents:

- **SUMMONS**
- **COMPLAINT TO DETERMINE DISCHARGEABILITY**

upon all entities named below by first class mail postage prepaid:

Carolina Uribe Borrero
2608 West 45th Street
Minneapolis, MN 55410

Mary Sieling
Sieling Law, PLLC
12800 Whitewater Drive
Suite 100 # 3201
Minnetonka, MN 55343

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 13, 2026 Signed: /e/Debra Schumacher

4903-2423-3377, v. 1