**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Carolina Uribe Borrero
Debtor(s)

Case No.: 26−40008
Chapter 13

Pawel Rzeczkowski
DeWitt LLP
Plaintiff(s)

Adv. Proc. No. 26−04044

v.

Carolina Uribe Borrero
Defendant(s)

---

*A lawsuit has been started against you.* You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though, if you are a debtor in the related case, you may have received a discharge. You should consult your attorney as soon as possible, unless you wish to represent yourself.

If you are unable to afford an attorney, you may contact:

Volunteer Lawyers Network
Bankruptcy Adversary Proceeding (BAP) Program
(612)752−6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees. *You are encouraged to contact Volunteer Lawyers Network as soon as possible after receiving this notice.*

Dated: April 14, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: admin
Deputy Clerk

**mnbprboa** 8/22