UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:
Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,
v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT UNTIL AFTER COMPLETION OF MEDIATION**

---

Plaintiffs and Defendant hereby stipulate as follows:

1. The Debtor filed a proposed Chapter 13 Plan on January 2, 2026.

2. Plaintiffs, as co-claimants, filed a Proof of Claim (Claim No. 9) in this case claiming that certain indebtedness (the "Indebtedness") is a domestic support obligation entitled to priority status.

3. Plaintiffs filed a Joint Objection To Confirmation Of Proposed Chapter 13 Plan contending that the Plan improperly fails to accord treat the Indebtedness as a domestic support obligation.

4. The Debtor filed a Notice Of Hearing And Motion Objecting To Claim, contending that the Indebtedness is not a domestic support obligation.

5. The Complaint in the above-captioned adversary proceeding was filed on March 31, 2026, and seeks judgment in the amount of the Indebtedness and determining that the Indebtedness is non-dischargeable as a domestic support obligation.

6. The Clerk of Bankruptcy Court issued a Summons in the adversary proceeding dated April 8, 2026.

7. On April 8, 2026, the Court issued a stipulated Order For Appearance At Mediation, scheduling a mediation session on June 4, 2026, to mediate the issues raised by the Plaintiffs' Objection To Confirmation and the Debtor's Notice Of Hearing And Motion Objecting To Claim.

8. The Debtor has been duly served with the Summons and Complaint and Debtor's deadline to respond is May 8, 2026.

9. The mediation on June 4, if successful, will resolve the above-captioned adversary proceeding.

Based upon the foregoing, Plaintiffs and Defendant hereby stipulate to the entry of an Order extending Defendant's time to file an Answer to the Complaint to and including July 8, 2026.

Dated: April 15, 2026

DEWITT LLP

By: /s/ David A. Orenstein
David A. Orenstein (#121447)
Suite 2100
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1494
Fax: 312-305-1414
Email: dao@dewittllp.com

**ATTORNEYS FOR PLAINTIFFS PAWEL RZECZKOWSKI AND DEWITT LLP**

Dated: April 15, 2026

SIELING LAW, PLLC

By: /s/ Mary F. Sieling
Mary Sieling (#389893)
Suite 100, #3201
12800 Whitewater Drive
Minnetonka, MN 55343
Telephone: 612-325-1191
Email: mary@sielinglaw.com

**ATTORNEYS FOR DEFENDANT CAROLINA URIBE BORRERO**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:
Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,
v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

**ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

Upon consideration of the Stipulation between Plaintiffs and Defendant to extend the time for Defendant to file an Answer to the Complaint:

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The time for the Defendant to file an Answer to the Complaint is hereby extended to, and including, July 8, 2026.

Dated:___________________, 2026.

_______________________________
Katherine A. Constantine
Chief United States Bankruptcy Judge