**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Carolina Uribe Borrero
Debtor(s)

Case No.: 26–40008
Chapter 13

Pawel Rzeczkowski
DeWitt LLP
Plaintiff(s)

Adv. Proc. No. 26–04044

v.

Carolina Uribe Borrero
Defendant(s)

---

*A lawsuit has been started against you.* You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though, if you are a debtor in the related case, you may have received a discharge. You should consult your attorney as soon as possible, unless you wish to represent yourself.

If you are unable to afford an attorney, you may contact:

Volunteer Lawyers Network
Bankruptcy Adversary Proceeding (BAP) Program
(612)752–6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees. *You are encouraged to contact Volunteer Lawyers Network as soon as possible after receiving this notice.*

Dated: April 14, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: admin
Deputy Clerk

**mnbprboa** 8/22

United States Bankruptcy Court

District of Minnesota

Rzeczkowski,
Plaintiff

Adv. Proc. No. 26-04044-KAC

Borrero,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 1

Date Rcvd: Apr 14, 2026 Form ID: mnbprboa Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dft | + | Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David A. Orenstein | on behalf of Plaintiff DeWitt LLP dao@dewittllp.com tmg@dewittmcm.com |
| David A. Orenstein | on behalf of Plaintiff Pawel Rzeczkowski dao@dewittllp.com tmg@dewittmcm.com |

TOTAL: 2