UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:
Carolina Uribe Borrero,

Debtor.

Case No. 26-40008-KAC

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v.

Carolina Uribe Borrero,

Defendant.

Adversary Proceeding No. 26-04044

**ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

Upon consideration of the Stipulation between Plaintiffs and Defendant to extend the time for Defendant to file an Answer to the Complaint:

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The time for the Defendant to file an Answer to the Complaint is hereby extended to, and including, July 8, 2026.

Dated: April 17, 2026

s/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge