UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:
Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,
v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**STIPULATION TO ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

---

Plaintiffs and Defendant hereby stipulate as follows:

1. The Debtor filed a proposed Chapter 13 Plan on January 2, 2026.

2. Plaintiffs, as co-claimants, filed a Proof of Claim (Claim No. 9) in this case claiming that certain indebtedness (the "Indebtedness") is a domestic support obligation entitled to priority status.

3. Plaintiffs filed a Joint Objection To Confirmation Of Proposed Chapter 13 Plan contending that the Plan improperly fails to treat the Indebtedness as a domestic support obligation.

4. The Debtor filed a Notice Of Hearing And Motion Objecting To Claim, contending that the Indebtedness is not a domestic support obligation.

5. The Complaint in the above-captioned adversary proceeding (the "Adversary") was filed on March 31, 2026, and seeks judgment in the amount of the Indebtedness and determining that the Indebtedness is non-dischargeable as a domestic support obligation.

6. The Clerk of Bankruptcy Court issued a Summons in the Adversary, dated April 8, 2026.

7. On April 8, 2026, the Court issued a stipulated Order For Appearance At Mediation, scheduling a mediation session on June 4, 2026, to mediate the issues raised by the Plaintiffs' Objection To Confirmation, the Debtor's Notice Of Hearing, the Motion Objecting To Claim, and this Adversary.

8. By Stipulated Order, the Court extended the Debtor's deadline to respond to the Adversary Complaint until July 8, 2026, after the date of the scheduled mediation session.

9. At the mediation session, the parties reached a settlement under which the Debtor agreed to file a modified Chapter 13 Plan, following the confirmation of which the Plaintiffs would dismiss the Adversary.

10. The Debtor filed the agreed-upon, modified Chapter 13 Plan on June 15, 2026.

11. A hearing on confirmation of the modified Plan is scheduled for July 16, 2026.

12. Upon entry of an order confirming the modified Plan, Plaintiffs will dismiss the Adversary.

Based upon the foregoing, Plaintiffs and Defendant hereby stipulate to the entry of an order extending Debtor's time to file an Answer to the Adversary Complaint to and including July 31, 2026.

Dated: July 6, 2026

DEWITT LLP

By: /s/ David A. Orenstein
David A. Orenstein (#121447)
Suite 2100

901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1494
Fax: 312-305-1414
Email: dao@dewittllp.com

**ATTORNEYS FOR PLAINTIFFS PAWEL RZECZKOWSKI AND DEWITT LLP**

Dated: July 6, 2026

SIELING LAW, PLLC

By: /s/ Mary F. Sieling
Mary Sieling (#389893)
Suite 100, #3201
12800 Whitewater Drive
Minnetonka, MN 55343
Telephone: 612-325-1191
Email: mary@sielinglaw.com

**ATTORNEYS FOR DEFENDANT CAROLINA URIBE BORRERO**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

---

Upon consideration of the Stipulation between Plaintiffs and Defendant to further extend the time for Defendant to file an Answer to the Complaint:

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The time for the Defendant to file an Answer to the Complaint is hereby extended to, and including, July 31, 2026.

Dated:

________________________________
Katherine A. Constantine
Chief United States Bankruptcy Judge