UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:
Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

---

Upon consideration of the Stipulation between Plaintiffs and Defendant to further extend the time for Defendant to file an Answer to the Complaint:

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The time for the Defendant to file an Answer to the Complaint is hereby extended to, and including, July 31, 2026.

Dated: *July 9, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
Chief United States Bankruptcy Judge