UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:
Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,
v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

---

Upon consideration of the Stipulation between Plaintiffs and Defendant to further extend the time for Defendant to file an Answer to the Complaint:

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The time for the Defendant to file an Answer to the Complaint is hereby extended to, and including, August 31, 2026.

Dated: *August 5, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
Chief United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

Rzeczkowski,
Plaintiff
Borrero,
Defendant

Adv. Proc. No. 26-04044-KAC

# CERTIFICATE OF NOTICE

District/off: 0864-4 | User: admin | Page 1 of 2
Date Rcvd: Aug 05, 2026 | Form ID: pdf111 | Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911 |
| pla | + | DeWitt LLP, 901 Marquette Avenue, Suite 2100, Minneapolis, MN 55402-3713 |
| pla | + | Pawel Rzeczkowski, 2166 HWY 29 N, Newnan, GA 30265-1031 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Aug 05 2026 22:01:00 | Daniel M McDermott, United States Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Aug 05 2026 22:02:00 | James L. Snyder, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| ust | + | Email/Text: ashley.wieck@usdoj.gov | Aug 05 2026 22:01:00 | L. Ashley Wieck, Office of the United States Trustee, Department of Justice, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| ust | ^ | MEBN | Aug 05 2026 21:59:22 | Laddy Janovsky, DOJ-Ust, 1015 US Courthouse, 300 South Fourth Street, Ste 1015, Minneapolis, MN 55415-3070 |
| ust | ^ | MEBN | Aug 05 2026 21:59:31 | Nissa L Atkinson, 1015 US Courthouse, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Aug 05 2026 22:01:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 05 2026 22:01:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Orenstein | on behalf of Plaintiff DeWitt LLP dao@dewittllp.com tmg@dewittmcm.com |
| David A. Orenstein | on behalf of Plaintiff Pawel Rzeczkowski dao@dewittllp.com tmg@dewittmcm.com |
| Mary Sieling | on behalf of Defendant Carolina Uribe Borrero mary@sielinglaw.com |

TOTAL: 3