UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**PLAINTIFFS' NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

---

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure incorporating Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this adversary proceeding with prejudice.

Dated: August 19, 2026

DEWITT LLP

By: /s/ David A. Orenstein
David A. Orenstein (#121447)
Suite 2100
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1494
Fax: 312-305-1414
Email: dao@dewittllp.com

**ATTORNEYS FOR PLAINTIFFS PAWEL RZECZKOWSKI AND DEWITT LLP**