UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM DISMISSAL**

---

Carolina Uribe Borrero submits this response in opposition to the motion for relief from dismissal filed by Pawel Rzeczkowski [Adv. No. 16].

1. The Complaint in the above-captioned adversary proceeding (the "Adversary") was filed on March 31, 2026, seeking judgment against the Debtor in the amount of $154,141.70 for attorneys fees and seeking a determination that such indebtedness is excepted from discharge.

2. On April 8, 2026, the Court issued a stipulated Order For Appearance At Mediation, to mediate the issues raised in this adversary along with by the Plaintiffs' Objection To Confirmation, and the Debtor's motion objecting to Defendants' claim.

3. At the mediation session held on June 4, 2026, the parties reached a settlement under which the Debtor agreed to file a modified Chapter 13 Plan allowing the Defendants' claim in the

amount of $73,000.00; following the confirmation of which the Plaintiffs would dismiss this adversary with prejudice. A copy of the settlement agreement is filed at ECF No. 52.

4. The Debtor filed the agreed-upon, modified Chapter 13 Plan on June 15, 2026, which was confirmed by the court on August 6, 2026 at ECF No. 54.

5. In accordance with the settlement agreement, DeWitt, LLP filed a notice of dismissal of the adversary. The court docketed the dismissal with prejudice on August 21, 2026.

6. The settlement agreement also included a release stating:

> [t]he Claimants completely and fully release and forever discharge the Debtor of and from any and all claims, demands, actions, and suits, known or unknown, related to the Claim and any other attorney fees, legal costs, or legal expenses incurred by the Claimants including but not limited to any attorney fees, legal costs or legal expenses related to Hennepin County file 27-FA-19-6324, MN A22-0954, MN A24-0059, MN A25-0059, and any and all actions labeled Pawel Dominik Rzeczkowski v. Carolina Uribe Borrero, or DeWitt LLC v. Carolina Uribe Borrero, as of the date of this Settlement Agreement.

7. The Plaintiff does not dispute that the dismissal with prejudice only dismisses the causes of action set forth in the complaint filed in this adversary. Accordingly, no further clarification or court order is needed.

Dated: September 17, 2026 SIELING LAW, PLLC

By: /s/ Mary F. Sieling
Mary Sieling (#389893)
Suite 100, #3201
12800 Whitewater Drive
Minnetonka, MN 55343
Telephone: 612-325-1191
Email: mary@sielinglaw.com

**ATTORNEYS FOR DEFENDANT CAROLINA URIBE BORRERO**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

---

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

---

**ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

---

Upon consideration of the Stipulation between Plaintiffs and Defendant to further extend the time for Defendant to file an Answer to the Complaint:

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The time for the Defendant to file an Answer to the Complaint is hereby extended to, and including, July 31, 2026.

Dated:

________________________________
Katherine A. Constantine
Chief United States Bankruptcy Judge