UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Carolina Uribe Borrero, Case No. 26-40008-KAC

Debtor.

Pawel Rzeczkowski and DeWitt LLP,

Plaintiffs,

v. Adversary Proceeding No. 26-04044

Carolina Uribe Borrero,

Defendant.

**ORDER**

This matter came before the court on September 24, 2026 on the motion of Pawel Rzeczkowski for relief under F. R. Civ. Pro. Rule 60(b) and other forms of relief.

Pawel Rzeczkowski appeared pro se, telephonically. The Debtor appeared by her attorney Mary Selig. DeWitt LLP appeared by its attorney David Orenstein. Other appearances were as noted on the record.

Based upon all of the files, records, and proceedings herein, the court being duly advised in the premises,

IT IS HEREBY ORDERED:

That the motion is denied in its entirety.

Dated:

________________________________
Katherine A. Constantine
Chief United States Bankruptcy Judge